No. 686. THOMPSON, TRUSTEE, *v.* MCPHERSON, ADMINISTRATRIX. March 8, 1943. Petition for writ of certiorari to the Springfield Court of Appeals of Missouri denied. *Messrs. Thomas J. Cole* and *DeWitt C. Chastain* for petitioner. *Mr. Wendell W. McCanles* for respondent.

No. 692. BAND-IT COMPANY ET AL. *v.* MCANENY. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Carle Whitehead* and *Albert L. Vogl* for petitioners.

No. 693. L. & C. MAYERS CO., INC. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Andrew B. Trudgian* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *Samuel H. Levy* and *Mrs. Maryhelen Wigle* for respondent.

No. 694. BURRUS MILL & ELEVATOR CO. *v.* CHICAGO, ROCK ISLAND & PACIFIC RAILWAY CO. ET AL. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. H. D. Driscoll* and *H. Russell Bishop* for petitioner. *Messrs. W. R. Bleakmore* and *A. B. Enoch* for respondents.

No. 700. AMERICAN AUTOMOBILE INSURANCE CO. *v.* EMPLOYERS MUTUAL CASUALTY CO. March 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals